United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JINWEI SUN,<br>　　　　Plaintiff,<br>　　v.<br>ALEJANDRO MAYORKAS, et al.,<br>　　　　Defendants. | Case No. 23-cv-03273-DMR<br><br>**ORDER TO SHOW CAUSE** |

　　　Defendant filed a motion for summary judgment on December 5, 2023.  [Docket No. 18.]  Currently, the motion is set for a court hearing on February 8, 2024.  Plaintiff Jinwei Sun is pursuing this action without legal representation.  According to the Scheduling Order for Immigration Mandamus Case and the court's November 22, 2023 order, Plaintiff should have filed any brief in opposition to Defendant's motion by January 4, 2024.  [Docket Nos. 2, 16.]  The court has received no such opposition.

　　　<u>The court ORDERS Plaintiff to respond by February 21, 2024 and explain his failure to respond to the motion.  In addition, Plaintiff must simultaneously (1) submit his opposition to the court or (2) file a statement of non-opposition to the motion.</u>  This order to show cause does not indicate that the court will necessarily accept Plaintiff's late submission.  If Plaintiff does not respond by February 21, 2024, Defendant's motion may be granted or the case may be dismissed for failure to prosecute.

//
//
//
//
//

//

The court further ORDERS that Defendant shall file a reply, if any, to Plaintiff's opposition no later than March 6, 2024.  The February 8, 2024 hearing on Defendant's motion is vacated and will be reset by the court at a later date if appropriate.

**IT IS SO ORDERED.**

Dated: January 31, 2024

_____
Donna M. Ryu
Chief Magistrate Judge